1  Danielle E. Rosché Esq.
2  DC 230459
   CA 265434
3  Rosché Immigration Law PLLC
   1700 7th Ave Ste. 2100
4  Seattle, WA 98101
5  Tel: (206) 923-8426

6  E-mail: Danielle@Roscheimmigrationlaw.com

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. M.<br>Lakewood, WA, 98498 | Civil Action No. 3:25-cv-03606 |
| Plaintiff | **[PROPOSED]** ORDER |
| v. | |
| Secretary of the United States Department of Homeland Security; Director of United States Citizenship and Immigration Services; Director of the San Francisco Asylum Office, | |
| Defendants | |

**[PROPOSED]** ORDER

The Court having received the motion of the Plaintiff for a protective order allowing her to proceed in this action using a pseudonym and requiring Defendants to maintain her confidentiality in all filings and public proceedings, and the Court finding that the Plaintiff's need for anonymity outweighs any prejudice to the Defendants and the public's interest in knowing the Plaintiff's identity, it is

**ORDERED**: That the Plaintiff is hereby granted leave to proceed in this action under a pseudonym, and the Defendants are required to maintain the Plaintiff's confidentiality in all filings

[PROPOSED] ORDER
Page **1** of **2**

1  and public proceedings unless otherwise ordered by the Court.

Date:June 2, 2025

_____
WILLIAM H. ORRICK
Senior United States District Judge